# Court of Appeals
# of the State of Georgia

ATLANTA, April 25, 2023

*The Court of Appeals hereby passes the following order*

## A23D0287. SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE LLP v. RHONDA BARKEN et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

16A61663



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 25, 2023.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*